UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

E BEATS MUSIC, et al.,

                Plaintiffs,

        v.

WANG RESTAURANT ENTERPRISES,
INC., et al.,

                Defendants.

No. CV-08-0097-FVS

JUDGMENT BY CONFESSION

**THIS MATTER** came before the Court pursuant to the Plaintiffs'
Motion for Entry of Judgment by Confession. (Ct. Rec. 12).
Plaintiffs are represented by Angela Rene Martinez and Harry H.
Schneider, Jr. No notice of appearance has been filed on behalf of
Defendants. The matter was noted for hearing, without oral argument,
on October 20, 2008.

    **BACKGROUND**

    Plaintiffs and Defendants entered into a confidential settlement
agreement effective June 2, 2008. (Ct. Rec. 14 ¶ 2). Pursuant to
the Settlement Agreement, Defendants were obligated to pay the amount
of $7,500.00 in five monthly installment payments. *Id*. Defendants
also signed a Confession of Judgment for filing in the event of
default. (Ct. Rec. 14, Exh. A).

JUDGMENT BY CONFESSION - 1

On or about June 26, 2008, Defendants paid $2,000.00 (the first installment payment).  (Ct. Rec. 14 ¶ 3).  However, Defendants have failed to make any other installment payment as required under the parties' Settlement Agreement.  (Ct. Rec. 14 ¶ 3).  Accordingly, $5,500.00 remains due and owing.  *Id*.

On September 19, 2008, Plaintiffs moved for the entry of judgment by confession.  (Ct. Rec. 12).  No timely response was filed by Defendants.

**DISCUSSION**

Pursuant to 28 U.S.C. § 1874, in all actions to recover amounts due and owing under an agreement when the forfeiture "appears by default or confession of the defendant, the court shall render judgment for the plaintiff for such amount as is due."  28 U.S.C. § 1874.  The Court has authority to enter a consent judgment pursuant to an agreement by parties.  *United States v. Armour & Co.*, 402 U.S. 673, 681-681; 91 S.Ct. 1752, 29 L.Ed.2d 256 (1971).

Here, the parties voluntarily entered in the Settlement Agreement and Confession of Judgment authorizing entry of judgment by confession.  (Ct. Rec. 14, Exh. A).  The parties agreed that Defendants' Confession of Judgment would be filed in the event of default in payment of the settlement amount.  *Id.*  Default has occurred.  (Ct. Rec. 14 ¶ 3).  Accordingly, Plaintiff's motion for judgment by confession as to Defendants Wang Restaurant Enterprises, Inc., and Shiao-Yu Wang (**Ct. Rec. 12**) is **GRANTED.  JUDGMENT IS RENDERED IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANTS IN THE AMOUNT OF $5,500.00.**  Each party shall bear its own costs.

JUDGMENT BY CONFESSION - 2

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward a copy to counsel for Plaintiffs and to Defendants.  Judgment shall be entered as described above and the file shall be **CLOSED.**

DATED this __20th__ day of October, 2008.

                            S/Fred Van Sickle
                            Fred Van Sickle
              Senior United States District Judge